UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL R. MICHAEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ALLEVIATE FINANCIAL SOLUTIONS, LLC, | ) ) | Case No. 4:23-cv-01731-SRC |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

### Order

Before the Court is the parties' joint stipulation to stay proceedings pending arbitration. Doc. 4. The parties explain that they have agreed to arbitrate their dispute and agree that the Court should stay proceedings in this case. *Id.* The Court construes their stipulation as a joint motion for a stay of proceedings and grants the motion.

"[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Cottrell v. Duke*, 737 F.3d 1238, 1248 (8th Cir. 2013) (quoting *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936)). Further, district courts enjoy broad discretion to stay proceedings when appropriate to control their dockets. *Sierra Club v. U.S. Army Corps of Eng'rs*, 446 F.3d 808, 816 (8th Cir. 2006) (citing *Clinton v. Jones*, 520 U.S. 681, 706 (1997)). Here, the Court finds that a stay of proceedings is appropriate: it permits the parties to seek a resolution of this dispute without the need for litigation, both parties jointly request the stay, and a stay would control the Court's docket and conserve resources. *See also Green v. SuperShuttle*

*Int'l, Inc.*, 653 F.3d 766, 770–71 (8th Cir. 2011) (Shepherd, J., concurring) (explaining that courts should stay, rather than dismiss, a case when the dispute proceeds to arbitration).

Accordingly, the Court stays this case pending arbitration pursuant to the terms of the parties' joint stipulation. The Court orders the parties to provide a joint status report regarding the progress of arbitration proceedings no later than April 10, 2024. The parties must also submit a notice updating the Court no later than 10 days following the conclusion of arbitration proceedings. The parties must continue to comply with all orders of the Court, provide status updates to the Court, and promptly notify the Court of any development that may affect the stay of this case.

So ordered this 10th day of February 2024.

_SL R. Cl_____
STEPHEN R. CLARK
CHIEF UNITED STATES DISTRICT JUDGE